**FILED**

Dec 23 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP CIZDZIEL and NGUYET NGUYEN,<br><br>Plaintiffs,<br><br>Vs.<br><br>TRAVELERS COMMERCIAL INSURANCE COMPANY, TRAVELERS, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 5:20-cv-07039-NC<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>[FRCP, Rule 41(a)]<br><br>Complaint Filed: May 22, 2020<br>Case Removed: October 8, 2020 |

Pursuant to the parties' Stipulation for Dismissal of Action with Prejudice,

**IT IS HEREBY ORDERED THAT:**

1. This entire action is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure; and

\ \ \

\ \ \

\ \ \

2.  Each party shall bear his, her or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:   December 22, 2020            By: 
                                           Hon.
                                           Magistrate Judge Nathanael M. Cousins

*Cizdziel v Travelers*
USDC Northern Case No. 5:20:cv-07039-NC

## PROOF OF SERVICE

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

I, FELICIA BALL, declare:

I am employed in the County of Los Angeles, state of California.  I am over the age of 18 and not a party to the within action; my business address is 1960 E. Grand Avenue, Suite 400, El Segundo, California 90245.

On **December 22, 2020**, I served a copy of the following document:

**[PROPOSED] ORDER  DISMISSING ACTION WITH PREJUDICE**

by electronically filing the foregoing document with the Clerk of the United States District Court, Northern District, using its ECF system, which electronically notifies the persons on the attached service list at the email addresses registered with the ECF System.

I declare under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on **December 22, 2020,** at Inglewood, California.

*Felicia Ball*
FELICIA BALL

*Cizdziel v Travelers*
USDC Northern Case No. 5:20:cv-07039-NC

## SERVICE LIST

| | |
|---|---|
| MANNION LOWE & OKSENENDLER<br>E. Gerard Mannion<br>Wesley M. Lowe<br>Demian I. Oksenendler<br>601 Montgomery Street, Ste. 1090<br>San Francisco, CA  94111<br><br>(415) 733-1050  Telephone<br>(415) 434-4810   Facsimile<br><br>Emails:   gerry@mlolawyers.com<br>               wes@mlolawyers.com<br>               demian@mlolawyers.com | *Attorneys for Plaintiffs*<br>   **PHILIP CIZDZIEL AND**<br>   **NGUYET NGUYEN** |